FILED 2-1-10
ENTERED
JACK H. HORN, CLERK
MARTIN CIRCUIT & DISTRICT COURT

# COMMONWEALTH OF KENTUCKY
## MARTIN CIRCUIT COURT
### C.A. NO. 10-CI-25

**ARNOLD YOUNG**                       **PLAINTIFF**

**V.**

**EQT PRODUCTION COMPANY**        **DEFENDANT**
    **Serve:**     CT Corporation System
                  4169 Westport Road
                  Louisville, KY 40207

## COMPLAINT

Comes now the Plaintiff, by counsel, and for his first cause of action against the Defendant, EQT Production Company, and in support of the same, states as follows:

### Parties

1. That the Plaintiff is, and at all relevant times herein was, a resident of Lawrence County, Kentucky.

2. That the Defendant is and at all relevant times herein was, a foreign corporation, with a principle office address of 225 North Shore Drive, 6th Floor, Pittsburgh, PA 15212-5861.

3. That the Defendant is believed to be, and at all relevant times herein was, a doing business within the Commonwealth of Kentucky.

### Jurisdiction and Venue

4. That as the actions complained of herein occurred, in whole or in part, in Martin County, Kentucky and as the amount in controversy exceeds the jurisdictional minimum of this Court, the Martin Circuit Court has both proper jurisdiction and venue to hear this matter.

### Facts

1

5. That on or about October 18, 2009, the Plaintiff stopped at the Ranger Station in Martin County, Kentucky.

6. That the Plaintiff had just finished unloading propane from his trailer and had started to walk over to hang a hose on a post at the station.

7. That the Plaintiff then tripped on a piece of plywood lying on the ground.

8. That the plywood, or what is believed to be plywood, was not maintained properly and apparently was warped and uneven due to the rainy weather.

9. That the aforementioned hazard was/is believed to be on this Defendant's property and was known, or within the exercise of reasonable diligence should have been known, to this Defendant.

10. That as a result of the fall the Plaintiff suffered, and continues to suffer from, great injuries.

## Count I - Negligence

11. Plaintiff realleges each and every allegation contained in the paragraphs above and incorporates each as if fully rewritten herein.

12. That the Defendant had a duty to the Plaintiff to discover and make known man-made dangers to his safety by and through their agents, servants, and/or employees, and/or ostensible, agents, servants, and/or employees.

13. That the Defendant breached their duty to the Plaintiff as he had no expectation that the plywood, or what is believe to be plywood, was in such a dangerous condition.

14. That the Defendant's breach of its duty to the Plaintiff was a substantial factor in causing the injuries suffered by Plaintiff and as a result Plaintiff has been severely harmed.

## Count II – Negligent Repair and Maintenance

15. Plaintiff realleges each and every allegation contained in the paragraphs above and incorporates each as if fully rewritten herein.

16. That the Defendant, by and through their agents, servants, and/or employees, and/or ostensible, agents, servants, and/or employees failed to exercise reasonable care in the maintenance of the premises and more specifically failed to properly maintain the parking area of the premises.

17. That such negligence was a substantial factor in causing the Plaintiff's damages and injuries.

WHEREFORE, Plaintiff requests that this Court grant the following relief and damages:

A. Compensatory damages for lost wages and loss of earning potential ; past, present and future medical expenses; past, present and future physical and mental pain and suffering.

B. Incidental and consequential damages;

C. Damages for embarrassment, humiliation, mental anguish, and pain and suffering resulting from the Defendant's conduct.

D. Punitive damages;

E. Plaintiff demands a trial by jury of all issues triable;

F. Interest, attorneys' fees, costs and such other relief as is just and proper.

Respectfully submitted,

*Brett Butcher*
D. Brett Butcher
KIRK LAW FIRM, PLLC
4369 HWY 2565

Louisa, KY 41230
(606) 638-0606-
(606) 638-0707 fax

*Counsel for Plaintiff*

**CERTIFIED MAIL**

JACK H. HORN
CIRCUIT COURT CLERK
MARTIN CIRCUIT & DISTRICT COURTS
MARTIN COUNTY COURTHOUSE
P.O. BOX 430
INEZ, KENTUCKY 41224-0430



7006 2150 0002 5131 2069



02 1P        $ 010.24
0003077232   FEB 01 2010
MAILED FROM ZIP CODE 41224

EQT PRODUCTION COMPANY,
CT CORPORATION SYSTEM
4169 WESTPORT ROAD
LOUISVILLE KY 40207

40207$2747 C019

 **CT Corporation**

**Service of Process Transmittal**
02/02/2010
CT Log Number 516092356

TO: Jessica Brisendine
EQT Production Company
1710 Pennsylvania Avenue
Charleston, WV 25302

RE: **Process Served in Kentucky**

FOR: EQT Production Company (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Arnold Young, Pltf. vs. EQT Production Company, Dft. |
| DOCUMENT(S) SERVED: | Summons, Complaint |
| COURT/AGENCY: | Martin County Circuit Court of Kentucky, KY<br>Case # 10-CI-25 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - On or about October 18, 2009 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Louisville, KY |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 02/02/2010 postmarked on 02/01/2010 |
| APPEARANCE OR ANSWER DUE: | Within 20 days |
| ATTORNEY(S) / SENDER(S): | D. Brett Butcher<br>Kirk Law Firm, PLLC<br>4369 HWY 2565<br>Louisa, KY 41230<br>606-638-0606 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 790694317593<br>Image SOP<br>Email Notification, Jessica Brisendine jbrisendine@eqt.com<br>Email Notification, Robert C Williams rcwilliams@eqt.com<br>Email Notification, Melissa Radinsky mradinsky@eqt.com<br>Email Notification, Judy Hahn jhahn@eqt.com |
| SIGNED:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>4169 Westport Road<br>Louisville, KY 40207<br>502-721-0133 |

Page 1 of 1 / PF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Generated:   02/01/2010

| | | |
|---|---|---|
| AOC-S-105   Sum Code: CI<br>Rev. 7-99<br><br>**Commonwealth of Kentucky**<br>**Court of Justice**<br>CR 4.02; Cr Official Form 1 | <br>**Civil Summons** | Case Number **10-CI-00025**<br>Court  CI<br>County  MARTIN |

*Plantiff,* YOUNG, ARNOLD   VS. EQT PRODUCTION COMPANY,, *Defendant*

EQT PRODUCTION COMPANY,
CT CORPORATION SYSTEM
4169 WESTPORT ROAD
LOUISVILLE            KY     40207

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf  within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, JACK HORN
By _Paula D. King_ , DC
Date: 02/01/2010



CI   10-CI-00025
YOUNG, ARNOLD   VS. EQT PRODUCTION COMPANY,