UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO.  7:10-30-KKC

ARNOLD YOUNG,                                                           PLAINTIFF


v.                              **ORDER FOR MEETING AND REPORT**


EQT PRODUCTION COMPANY,                                     DEFENDANT

* * * * * * * * *

Pursuant to Rules 16 and 26, Fed. R. Civ. P., the court hereby ORDERS:

(1)      that within **twenty-one (21) days** from the date of service of this Order, the parties, by counsel, shall meet, either in person or by telephone, to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), Fed. R. Civ. P., as amended December 1, 1993, and to develop a proposed discovery plan. See Rule 26(f), Fed. R. Civ. P., amended December 1, 1993.

(2)      that within **ten (10) days** after the meeting the parties shall file a joint status report containing:

(a)      the discovery plan;

(b)      the parties' estimate of the time necessary to file pretrial motions;

(c)      the parties' belief as to whether the matter is suitable for some form of alternative dispute resolution such as mediation;

(d)      the parties' estimate as to the probable length of trial;

(e)     the parties' decision as to whether the matter may be referred to a United States Magistrate Judge for all purposes including entry of judgment pursuant to 28 U.S.C. §636(c); and

(f)     the dates mutually convenient for trial.

Counsel may utilize Form 52, Fed. R. Civ. P. (App.) as the form of the joint status report.

In the event this matter involves a corporation or partnership, this party is directed to advise the Court at the time of the submission of the parties' joint report of all parent corporations, subsidiaries, affiliates, members and/or partners with which it is associated.

This the 22nd day of March, 2010.

**Signed By:**

*__Karen K. Caldwell__*

**United States District Judge**

2