UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

ARNOLD YOUNG,

    PLAINTIFF,

v.

EQT PRODUCTION COMPANY,

    DEFENDANT.

CIVIL ACTION NO. 7:10-CV-00030-KKC

*ELECTRONICALLY FILED*

**RULE 26(f) JOINT REPORT OF THE PARTIES**

Plaintiff Arnold Young and Defendant EQT Production Company, by counsel, submit the following Joint Report of the Parties pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

1. The Rule 26(f) Conference was held on April 7, 2010 telephonically, and was attended by Brett Butcher for Plaintiff and Clarke Keller for Defendant.

2. The parties have agreed to exchange information required by Fed. R. Civ. P. 26(a)(1) by May 7, 2010.

3. The parties were able to agree on the following details of a discovery plan:

    (a) The parties should be allowed until August 2, 2010 to join additional parties and to amend their pleadings;

    (b) All fact discovery should be completed on or before December 17, 2010;

    (c) Expert disclosures/reports from retained experts under Rule 26(a)(2);

        (i) From Plaintiff by January 15, 2011;

        (ii) From Defendant by March 15, 2011;

        (iii) Supplementations under Rule 26(e) due April 15, 2011.

    (d) Completion of expert discovery on or before May 13, 2011.

4. All potentially dispositive motions should be filed by July 15, 2011.

5. The parties believe that the case should be ready for trial by November 1, 2011, and the parties expect the trial to take three days. The parties are available for trial after November 1, 2011.

6. The parties agree that this matter is suitable for some form of alternative dispute resolution such as mediation, but believe that sufficient fact discovery should be completed prior to a mediation in order for such mediation to be effective.

7. The parties agree that this matter may be referred to a United States Magistrate Judge for all discovery purposes, but not for dispositive motions or trial.

8. In compliance with the Court's Order for Meeting and Report dated March 22, 2010, Plaintiff is an individual and Defendant is an indirect subsidiary of EQT Corporation, a publicly traded company.

Respectfully submitted,

/s/ *J. Clarke Keller*
J. Clarke Keller, Esq.
John W. Pollom, Esq.
Stites & Harbison, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507
ckeller@stites.com
jpollom@stites.com
COUNSEL FOR DEFENDANT,
EQT PRODUCTION COMPANY

/s/ *D. Brett Butcher* (with permission)
D. Brett Butcher, Esq.
Kirk Law Firm, PLLC
4369 Highway 2565
Louisa, KY  41230
dbrettbutcher@yahoo.com
COUNSEL FOR PLAINTIFF

DA67:41731:347075:1:LEXINGTON