UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:10-30-KKC

ARNOLD YOUNG, PLAINTIFF

v. **SCHEDULING ORDER**

EQT PRODUCTION COMPANY, DEFENDANT

\* \* \* \* \* \* \* \*

Pursuant to Fed.R.Civ.P. 16, the Court, having considered the Joint Report of the Parties', hereby **ORDERS**:

1. The following deadlines shall be observed in this action:

    (a) Counsel for parties shall exchange information required by Rule 26(a)(1) by **May 7, 2010**. These disclosures need not be filed in the Court record.

    (b) The parties shall have TO AND INCLUDING **August 2, 2010** by which to file any motions to join additional parties or amend pleadings;

    (c) Supplementation of disclosures and responses as required by Rule 26(e) but no later than **April 15, 2011**. Supplemental disclosures and responses need not be filed in the Court record.

    (d) Rule 26(a)(2) reports from expert trial witnesses are due:

        (i) From Plaintiff by **January 14, 2011**; and

        (ii) From Defendants by **March 15, 2011**.

    (e) All <u>fact</u> discovery shall be completed by **December 17, 2010** and all

     expert discovery shall be completed by **May 13, 2011**;

  (f)  All dispositive motions shall be filed by **July 15, 2011**, with response and reply time as per Local Rule 7.1(c)(1) and (2). The parties are hereby cautioned that extensions of time as to the briefing schedule for dispositive motions may result in postponement of the trial.

2.  No motions to compel, nor any other motions relating to a discovery dispute, shall be filed unless all counsel involved in such dispute have first conferred as directed by Fed.R.Civ.P. 37(a)(2)(A).

3.  By virtue of the December 1, 2000 amendment of Fed. R. Civ. P. 5(d), the parties shall observe the following directives regarding the filing of discovery materials in this case unless the court otherwise specifically so orders:

  (a)  Rule 26(a)(1) Initial Disclosures, Interrogatories and Answers or other responses thereto, Requests for Production of Documents and Answers or other responses thereto, Requests for Admission and Answers thereto, and any documents or tangible things produced pursuant to such discovery requests, as well as any discovery depositions not subject to part (b) below, **shall not be filed**;

  (b)  Any and all discovery depositions cited in any motion, including motions for summary judgment, **or which may be used at trial** for impeachment or other purposes, and any other discovery materials necessary to the decision of any motion filed herein **shall be filed** of record in this case.

4.  No extensions of the deadlines set in this order, or those contained in the separate final pretrial conference order also entered this date shall be granted unless an

appropriate motion is filed prior to expiration of the deadline in question, and upon a showing of good cause beyond the control of counsel in the exercise of due diligence.

5. This matter is assigned for a Pretrial Conference before the trial judge on **January 18, 2012 at 11:00 a.m.** in Pikeville, Kentucky.

6. This action is hereby set for TRIAL BY JURY on **February 22, 2012** at the hour of 9:00 a.m. in PIKEVILLE, Kentucky. The anticipated length of the trial is **three** days.

7. **IT IS FURTHER ORDERED** that this matter is referred to Magistrate Judge Edward B. Atkins for the purpose of (i) managing discovery and resolving all discovery disputes; (ii) conducting a telephonic conference mid-way through discovery regarding progress of discovery and the feasibility of all deadlines; (iii) conducting a settlement conference at his convenience, but in no event later than the Pretrial Conference, and (iv) conducting a preliminary pretrial conference to confirm feasability of the trial schedule and to review parties' compliance with the Court's pretrial order entered simultaneously herewith.  A separate order scheduling dates and times certain will issue from the Magistrate Judge.

This the 16th day of April, 2010.

**Signed By:**
*Karen K. Caldwell*
**United States District Judge**