UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 10-30-KKC

ARNOLD YOUNG,                                                                                          PLAINTIFF,

V.                                                   **ORDER**

EQT PRODUCTION COMPANY,                                                                DEFENDANT.

     This matter has been referred to the undersigned to manage discovery and to conduct a telephonic conference, settlement conference, and preliminary pretrial conference. [R. 6]. Having considered the matter fully, and being otherwise sufficiently advised,

     IT IS ORDERED AS FOLLOWS:

     (1)    A telephonic conference is hereby scheduled in the above-styled matter for MONDAY, NOVEMBER 15, 2010, AT THE HOUR OF 2:00 P.M., Eastern Time. The undersigned's office will initiate said call to lead counsel, who shall be prepared to discuss the progress of discovery, as well as the feasibility of all remaining deadlines.

     (2)    A preliminary pretrial conference is hereby scheduled in the above-styled matter for MONDAY, DECEMBER 5, 2011, AT THE HOUR OF 10:00 A.M., Eastern Time, in the United States Courthouse, in Pikeville Kentucky. Counsel shall comply with the pretrial filing requirements contained in the Court's Pretrial Order of April 16, 2010. [R. 7]. Pretrial filings shall be provided to the undersigned via email at atkins_chambers@kyed.uscourts.gov.

     (3)    A settlement conference is hereby scheduled in the above-styled matter for MONDAY, APRIL 18, 2011, AT THE HOUR OF 11:00 A.M., local time, in the United States

Courthouse, in Pikeville, Kentucky.

(a) Counsel are directed to have their respective clients and/or representatives, fully authorized to negotiate and approve a settlement in this matter, present in person at such conference. The parties attention is directed to <u>Lockhart v. Patel</u>, 115 F.R.D. 44 (E.D. Ky. 1987).

(b) By no later than MONDAY, APRIL 4, 2011, counsel shall submit to the undersigned separate, confidential statements which shall specify their respective settlement positions. Each statement is to be furnished only to Magistrate Judge Atkins and not to the other side. The statements shall not be filed with the Clerk of the Court or the presiding judge. Said separate letters may be transmitted by facsimile (606-432-0343), by email (atkins_chambers@kyed.uscourts.gov) or by such other methods of transmittal as will assure receipt at the undersigned's Pikeville, Kentucky chambers by no later than 5:00 p.m. on MONDAY, APRIL 4, 2011. Transmittals cannot exceed a total of ten (10) pages.

(c) In their respective statements, counsel shall make a candid assessment of the strengths and weaknesses of both sides, an appraisal of issues such as liability, and the anticipated economic cost of further preparation and litigation of this matter through trial.

(4) If the parties believe that it would be beneficial to hold the settlement conference at an earlier date, they may file a request with the Court. Any request should include mutually-agreeable dates upon which the settlement conference could be rescheduled.

Signed April 23, 2010.



**Signed By:**
<u>**Edward B. Atkins**</u>  *EBA*
**United States Magistrate Judge**