IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:10-30-KKC

ARNOLD YOUNG,                                                                                          PLAINTIFF

and

HUMANA INSURANCE COMPANY,                              INTERVENING
                                                                                                       PLAINTIFF

**HUMANA INSURANCE COMPANY'S INTERVENING COMPLAINT**

v.

EQT PRODUCTION COMPANY,                                                                  DEFENDANT

    1.    Intervening Plaintiff, Humana Insurance Company ("Humana") is a Kentucky corporation with its principal place of business in Louisville, Kentucky.

    2.    Humana is a health claims administrator for the Commonwealth of Kentucky employee health plan.  Plaintiff, Arnold Young is a member of that plan.  Humana is the assignee and subrogee of Arnold Young at all times material herein.

    3.    On or about October 18, 2009, at the Ranger Station in Martin, Kentucky, Arnold Young was injured through Defendant's negligence and/or other improper actions as more fully set forth in Plaintiff's complaint herein.

    4.    As a result of Defendant's negligence and/or other improper actions, Arnold Young was caused to incur medical expenses in excess of $68,700.00.

    5.    Pursuant to the terms of the plan covering Plaintiff, Humana paid

Exhibit A

$42,735.36 in healthcare benefits to or on behalf of its covered member, Arnold Young and thereby became subrogated in said amount.

WHEREFORE, Intervening Plaintiff, Humana Insurance Company demands judgment against the Defendant EQT Production Company in the amount of $42,735.36 plus costs and interest.

                                          Respectfully submitted,

                                          S/Gregory G. Beck
                                          Gregory G. Beck 0008866
                                          Attorney for Intervening Plaintiff
                                          KREINER & PETERS CO., L.P.A.
                                          6047 Frantz Road
                                          Suite 203
                                          P.O. Box 1209
                                          Dublin, OH 43017
                                          Phone  513-367-5401
                                          Fax   513-367-5408
                                          gbeck@subrogation-recovery.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by electronic service upon the persons named below on July 11, 2010.

                                          S/Gregory G. Beck
                                          Gregory G. Beck

David Brett Butcher
Kirk Law Firm-Paintsville
888 U.S. 23 South
P.O. Box 339
Paintsville, KY 41240
606-297-5888
606-297-5870 (fax)

dbrettbutcher@yahoo.com
Attorney for Plaintiff
Attorney to be Noticed

J. Clarke Keller
Stites & Harbison PLLC-Lexington
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507
859-226-2300
859-253-9144
ckeller@stites.com
Attorney for Defendant
Attorney to be Noticed

John W. Pollom
Stites & Harbison PLLC-Lexington
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507
859-226-2229
859-253-9144
jpollom@stites.com
Attorney for Defendant
Attorney to be Noticed