UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| ARNOLD YOUNG, | |
|     PLAINTIFF, | |
| and | CIVIL ACTION NO. |
| HUMANA INSURANCE COMPANY, | 7:10-CV-00030-KKC |
|     INTERVENING PLAINTIFF, | ***ELECTRONICALLY FILED*** |
| v. | |
| EQT PRODUCTION COMPANY, | |
|     DEFENDANT. | |
| AND | |
| EQT PRODUCTION COMPANY, | |
|     THIRD-PARTY PLAINTIFF, | |
| v. | |
| L&L TRANSPORTATION, LLC, | |
|     THIRD-PARTY DEFENDANT. | |

**DEFENDANT AND THIRD-PARTY PLAINTIFF EQT PRODUCTION COMPANY'S RESPONSE TO MOTION TO WITHDRAW**

Comes the Defendant and Third-Party Plaintiff, EQT Production Company (hereinafter "EQT"), by counsel, and for its response to Kirk Law Firm, PLLC's ("Kirk Law Firm") Motion to Withdraw, hereby states as follows.

While EQT has no objection to Kirk Law Firm's Motion, it wishes to make the Court aware of two items that will need to be addressed if and when Mr. Young decides to proceed with this litigation.

First, Plaintiff is currently overdue in its obligations to answer pending discovery requests from EQT.  EQT has been in communication with the Kirk Law Firm informally to obtain responses, but thus far such attempts have been unsuccessful.  Should the pending Motion be granted, discovery responses should be submitted at the earliest available opportunity.  Second, and in a related matter, the period for fact discovery is set to expire on December 17 of this year.  Because EQT has not received responses to its discovery requests and no depositions have yet been taken, fact discovery is not progressing at the rate the parties had previously expected.  Should the Kirk Law Firm's Motion be granted, and Plaintiff be given thereby an additional 60 days to obtain new counsel, a revised scheduling order will need to be entered giving all parties ample opportunity to engage in fact discovery.

    Respectfully submitted,

s/John W. Pollom
J. Clarke Keller
John W. Pollom
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, KY  40507-1758
Telephone: (859) 226-2300
COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2010, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| D. Brett Butcher, Esq.<br>Kirk Law Firm, PLLC<br>4369 Highway 2565<br>Louisa, KY  41230 | Kyle R. Salyer, Esq.<br>Kirk Law Firm, PLLC<br>P.O. Box 339<br>Paintsville, KY 41240 |
| Gregory G. Beck, Esq.<br>Kreiner & Peters Co., LPA<br>6047 Frantz Road, Suite 203<br>P. O. Box 1209<br>Dublin, OH  43017 | Russell H. Davis, Jr., Esq.<br>Baird & Baird, P.S.C.<br>P.O. Box 351<br>Pikeville, KY 41502 |

                                                  s/John W. Pollom
                                                  John W. Pollom