Eastern District of Kentucky
**F I L E D**

JAN 04 2010

AT PIKEVILLE
LESLIE G WHITMER
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE**

| | |
|---|---|
| ARNOLD YOUNG, <br><br> PLAINTIFF, <br><br> and <br><br> HUMANA INSURANCE COMPANY, <br><br> INTERVENING PLAINTIFF, <br><br> v. <br><br> EQT PRODUCTION COMPANY, <br><br> DEFENDANT. <br><br> AND <br><br> EQT PRODUCTION COMPANY, <br><br> THIRD-PARTY PLAINTIFF, <br><br> v. <br><br> L&L TRANSPORTATION, LLC, <br><br> THIRD-PARTY DEFENDANT. | CIVIL ACTION NO. <br> 7:10-CV-00030-KKC <br><br> ***ELECTRONICALLY FILED*** |

### AMENDED SCHEDULING ORDER

On Motion of the Plaintiff and the Court having reviewed the pleadings of counsel and being otherwise sufficiently advised, it is hereby ORDERED:

1. All Pre-trial fact discovery shall be completed by April 25, 2011;

2. The Plaintiff shall disclose expert witnesses by May 31, 2011;

3. The Defendant shall disclose expert witnesses by July 29, 2011;

4. All expert discovery shall be completed by September 26, 2011;

5. Dispositive motions and motions in limine shall be filed by November 16, 2011.

All other deadlines shall remain as set in the court's prior scheduling order found at DKT #6, entered April 16, 2010.

Signed January 4, 2011.



Signed By:
Edward B. Atkins  EBA
United States Magistrate Judge